UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  Amy Fay Robinson  Case No.: 11-31815-KRH

Debtor(s)

Chapter 13

_____

Plaintiffs,

v.  Adversary Proceeding No.13-03057

JP Morgan Chase Bank, N.A.
PO Box 182106
Columbus, OH 43218-2106

Stewart Title & Escrow, Inc.
10505 Judicial Dr., Ste 300
Fairfax, VA 22030

Defendants.

# NOTICE OF MOTION FOR DEFAULT AND NOTICE OF HEARING

TO: All Creditors and Parties in Interest

NOTICE IS HEREBY GIVEN that a Motion for Default Judgment had been filed in this matter.
    A hearing thereon will be held before the Honorable Chief Judge Douglas O. Tice, Courtroom 5100 at the United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia, on **5/22/2013 at 10:00 AM.**  All interested parties are invited to attend and be heard.
    Under Local Bankruptcy Rule 9013-1, unless a written response to this motion is filed with the Clerk of the Court and served on the moving party within 7 days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the request for relief without further notice or hearing.

**CERTIFICATE OF SERVICE**

I, Roger C. Hurwitz certify that on the 30th day of April, 2013, the above Notice has been filed via ECF and will be served, via ECF or first-class, postage pre-paid mail, to the following:

Date: April 30, 2013                    Respectfully Submitted,

/s/ Roger C. Hurwitz
Roger C. Hurwitz, VA Bar # 51016
4036 Plank Rd
Fredericksburg, VA 22407
(540) 412-1463

JP Morgan Chase Bank, N.A.
PO Box 182106
Columbus, OH 43218-2106

Mr. Jamie Dimon, Chairman and CEO .
JP Morgan Chase,
270 Park Ave
New York, NY 10017

Stewart Title & Escrow, Inc.
10505 Judicial Dr., Ste 300
Fairfax, VA 22030