1  STEWART TITLE & ESCROW, INC.
   10505 JUDICIAL DRIVE, STE. 300
2  FAIRFAX, VIRGINIA 22030

3

4

5
                    UNITED STATES BANKRUPTCY COURT
6                     EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION
7

8  IN RE:       Amy Fay Robinson                Case No.  11-31815-KRH

9              Debtor(s)                        AP Case No.: 13-03057-KRH

10             Plaintiffs,

11     v.                                       STIPULATION FOR NON-MONETARY
                                                JUDGMENT AS TO DEFENDANT
12 JP Morgan Chase Bank, N.A.                   STEWART TITLE & ESCROW, INC.
   P.O. Box 182106
13 Columbus, OH 43218-2106

14

15 Stewart Title & Escrow, Inc.
   10505 Judicial Dr., Ste. 300
16 Fairfax, VA 22303

17

18      Plaintiff AMY FAY ROBINSON ("Plaintiff"), and Defendant STEWART TITLE &

19 ESCROW, INC. ("ST&E"), through their respective counsels, enter into this stipulation.

20                                    **RECITALS**

21   1. Plaintiff filed her complaint on March 15, 2013 to determine the validity, extent, and

22      priority of liens, and further relief as the nature of the case may require in Virginia.

23   2. Defendant ST&E's sole interest in the Property herein arises from its alleged capacity as

24      trustee of a particular deed of trust (the "Deed of Trust") referenced in Paragraph No. 7 in

25      Plaintiff's Complaint.

26                                   **STIPULATION**

27

28   1. Plaintiff acknowledges and stipulates that ST&E has been named as a defendant in this

                                              -1-
ST&E File No. 51-00012433

STIPULATION AND ORDER FOR NON-MONETARY JUDGMENT AS TO DEFENDANT STEWART TITLE & ESCROW

1  litigation solely in their alleged capacity as trustees under the Deed of Trust referenced in

2  Paragraph No. 7 of Plaintiff's Complaint and that ST&E has not been named as a defendant due

3  to any acts or omissions on their part in the performance of their duties as trustee.

4      2.  ST&E has not been involved in any way with the subject loan, the Deed of

5  Trust, or the Property encumbered thereby, except in their capacity as the trustee under the Deed

6  of Trust.

7      3.  ST&E agrees to be bound by whatever order or judgment is issued by the Court relating

8  to the Deed of Trust, and shall not be subject to any monetary awards for damages, attorney's

9  fees or costs.

10      4.  ST&E will not be required to participate further in this action, will not be required to

11  respond to any of the pleadings in this action, and will not be required to appear at any hearings

12  or the trial of this action, but will be required to respond to any discovery requests as a nonparty.

13      5.  The filing of this Stipulation is not intended to and does not prejudice the rights of any

14  trustor, beneficiary, or assignee under the Deed of Trust, and shall not constitute a waiver of any

15  other person or entity's rights or obligations under the Deed of Trust.

16      6.  This Stipulation shall inure to the benefit of the parties and their successors and/or

17  assigns.

18      IT IS SO STIPULATED.

19

20  DATED: MAY ___, 2013        AMY FAY ROBINSON

21

22                              BY:  /S/ ROGER C. HURWITZ

23  DATED: MAY ___, 2013        STEWART TITLE & ESCROW

24

25                              BY:  /S/ SEAN O'CALLAGHAN
                                LITIGATION COUNSEL
26

27

28

ST&E File No. 51-00012433

-2-

STIPULATION AND ORDER FOR NON-MONETARY JUDGMENT AS TO DEFENDANT STEWART TITLE & ESCROW